ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| IPICOM, Inc., dba IPITEK | ) | ASBCA Nos. 58246, 58247, 58248 |
| | ) | |
| Under Contract Nos. F30602-01-C-0127 | ) | |
| N68335-01-C-0152 | ) | |
| F33615-03-C-5800 | ) | |
| DAAB07-03-C-L418 | ) | |
| N68335-03-C-0113 | ) | |

APPEARANCE FOR THE APPELLANT:       Nancy O. Dix, Esq.
                                    DLA Piper LLP
                                    San Diego, CA

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                    Carol L. Matsunaga, Esq.
                                      Senior Trial Attorney
                                      Defense Contract Management Agency
                                      Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 25 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58246, 58247, 58248, Appeals of IPICOM, Inc., dba IPITEK, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals